UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD KNIPPLE,

Plaintiff,

-vs-                                                             Case No. 6:08-cv-40-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_____

### ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED. The decision of the Commissioner is AFFIRMED, and the Court directs the Clerk of Court to enter judgment consistent with this order and CLOSE the case.

It is SO ORDERED in Orlando, Florida, this __7__ day of January, 2009.

_____
G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge